

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-22-00526-CR

Arnoldo **DIAZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR12132
Honorable Melisa C. Skinner, Judge Presiding

BEFORE JUSTICE WATKINS, JUSTICE RODRIGUEZ, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED February 14, 2024.

Liza A. Rodriguez, Justice